IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 184.152.100.54

**ISP:** Spectrum
**Physical Location:** Fort Lee, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/10/2019 13:12:51 | A649AFED0F374A152F72F079E7BDF3A836838E9B | Fifty Shades of Kate |
| 05/30/2019 12:54:13 | 17CEAF989E225EE7DA8C06A40ACA28704353DFA2 | Moving Day Sex |
| 05/28/2019 17:10:32 | 77C8EF5ABE0D4BD0D2744F27CB9714CA30A7786D | Moonlight Sex Games |
| 05/28/2019 17:06:15 | 656814C3951F842A2A80B0EBFAC5BF1E6C0475E1 | Cornelia and Jack Breakfast Sex |
| 05/07/2019 21:19:51 | 483C0F08D39959A37DD3F4370563C9DAD44B8C11 | Cindy Sauna Sex |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

CNJ856